UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Greenlight Capital, Inc., <br><br>　　　　　　　　　　Plaintiff, <br><br>　　-vs.- <br><br>James Fishback, <br><br>　　　　　　　　　　Defendant. | NOTICE OF MOTION FOR ATTORNEYS' FEES AND COSTS <br><br> Case No. 1:24-cv-02299-LTS |

**PLEASE TAKE NOTICE**, that upon the Declaration of Stephen M. Baldini, dated April 14, 2025 and exhibits attached thereto, and the accompanying Memorandum of Law, Plaintiff Greenlight Capital, Inc., through its attorneys, will move this Court before the Honorable Chief Judge Laura Taylor Swain, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, at a date and time to be designated by the Court, as directed in the Court's March 31, 2025 Memorandum Order (ECF No. 30), for an Order, awarding Plaintiff its reasonable attorneys' fees and costs pursuant to Federal Rule of Civil Procedure 54(d)(2), to be paid by Defendant James Fishback.

1

New York, New York
Dated: April 14, 2025

                                      Respectfully submitted,

                                      AKIN GUMP STRAUSS HAUER & FELD LLP

                                      By:  */s/ Stephen M. Baldini*__
                                      Stephen M. Baldini
                                      Akin Gump Strauss Hauer & Feld LLP
                                      One Bryant Park
                                      New York, New York 10036
                                      Telephone: 212-872-1000
                                      Fax: 212-872-1002
                                      sbaldini@akingump.com

                                      *Counsel for Plaintiff Greenlight Capital, Inc.*