UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GREENLIGHT CAPITAL, INC.,

                Plaintiff,

v.

JAMES FISHBACK,

                Defendant.

1:24-CV-02299-LTS

ORDER

On December 19, 2025, the Court granted Defense counsel's motion to withdraw, effective upon the filing of Defendant Mr. Fishback's notice of appearance pro se. (Docket entry no. 45.) On February 2, 2026, Mr. Fishback entered an appearance pro se. (Docket entry no. 48.) Accordingly, Defense counsel Justin Tyler Kelton, Amanda P. Small, and Mordecai Geisler are hereby terminated as counsel of record.

SO ORDERED.

Dated: New York, New York
       February 3, 2026

                                              /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                              Chief United States District Judge