**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Greenlight Capital, Inc.,<br>Plaintiff,<br><br>v.<br><br>James T. Fishback,<br>Defendant. | No. 1:24-cv-2299-LTS<br><br>**FINAL JUDGMENT AWARDING ATTORNEYS' FEES AND COSTS** |

It is hereby ORDERED and ADJUDGED that for the reasons stated in the Opinion and Order entered by this District Court on August 24, 2026 (docket entry no. 52), judgment is entered in favor of Greenlight Capital Inc. ("Greenlight") and against James T. Fishback ("Fishback"), and Greenlight is entitled to recover from Fishback **$411,257.04**, consisting of: (i) $388,418.04 in fees, and (ii) $22,839.00 in costs. This amount does not reflect post-judgment interest, which Greenlight shall be entitled to recover pursuant to 28 U.S.C. § 1961(a).

Dated: New York, New York
August 28, 2026

/s/ Laura Taylor Swain
The Honorable Laura Taylor Swain
Chief United States District Court Judge